UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Universal Underwriters Insurance co.,

       Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　Cv.  06-416HA

Deborah Abrams, et al.,　　　　　　　　　　　ORDER

       Defendants.

    IT IS ORDERED  that  plaintiff, Universal Underwriters Insurance Co., motion for attorney  fees in the amount $6,629.50 and costs of $288.63 is granted. [42]

    IT IS FURTHER ORDERED that the Clerk's office shall disburse this amount in a check payable to Rickles Law Firm, P.C., Clients Trust Account at the mailing address of Rickles Law Firm, Attn: Martin Jaqua, 1 SW Columbia St., Ste 1850, Portland, Oregon 97258.

    Dated this           6       day of June, 2006.

                                          _/s/Ancer L.Haggerty___
                                          ANCER L. HAGGERTY
                                          U. S.  District Judge

Case 3:06-cv-00416-HA    Document 46    Filed 06/06/06    Page 2 of 2